# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1646

_____

|  |  |  |
|---|---|---|
| Naki Ocran, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of |
| v. | * | an Order of the Board |
| | * | of Immigration Appeals. |
| Eric H. Holder, Jr., United States | * | |
| Attorney General, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: March 3, 2010
Filed:  March 8, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Naki Ocran, a citizen of Ghana, petitions for review of an order of the Board of Immigration Appeals (BIA) denying her January 2009 motion to reopen.  After careful review, we conclude that the BIA acted within its discretion.  See Alanwoko v. Mukasey, 538 F.3d 908, 914 (8th Cir. 2008); Rafiyev v. Mukasey, 536 F.3d 853, 861 (8th Cir. 2008); Stroe v. INS, 256 F.3d 498, 501-04 (7th Cir. 2001).

Accordingly, we deny the petition for review.

_____